**Order entered March 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

**JAMES H. GENTRY, Appellant**

**V.**

**BENJAMIN N. SMITH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's February 27, 2019 motion. In his motion, appellant acknowledges that the Court sent him a paper copy of the clerk's record. He requests a paper copy of all other documents that have been filed with this Court in this appeal and says such documents are necessary so he may reference them in his reply brief. The appellate record consists of the clerk's record and, if necessary to the appeal, the reporter's record. *See* TEX. R. APP. P. 34.1. The appellate record in this appeal consists only of the clerk's record. A party's brief must contain references to the appellate record. Appellant has a copy of the appellate record. Accordingly, we **DENY** appellant's motion.

/s/      KEN MOLBERG
         JUSTICE